UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE ASSOCIATED PRESS,

Plaintiff,

v.

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS, et al.,

Defendants.

Civil Action No. 26-3219 (TNM)

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants move, by and through undersigned counsel, for a one-month extension of the time to respond to Plaintiff's Complaint. Defendants' response is currently due on November 30, 2026. If the Court grants Defendants' motion, the new deadline to respond to the Complaint would be December 30, 2026. Plaintiff does not oppose this motion. Good cause supports this motion, as set forth below:

1. Plaintiffs bring this lawsuit challenging the constitutionality of Federal Rule of Civil Procedure 5.2(c)'s restrictions on remote access to immigration dockets in district courts across the country. *See generally* Compl. (ECF No. 1).

2. Defendant's Answer or other responsive pleading is currently due on November 30, 2026.

3. Good cause exists for this extension request. Defendants' counsel requires additional time to confer with agency counsel in connection with the preparation of a response to the Complaint and to potentially draft a dispositive motion. The request time also takes into account Defendants' counsel's competing workload and deadlines, including two upcoming

preliminary relief briefing schedules and hearings, one of which is a putative nationwide class action with an extensive record.

4. This is the first extension request in this case and it is not sought for the purpose of delay.

5. The requested extension would not affect any other deadlines in this case.

6. Pursuant to Local Civil Rule 7(m), the parties conferred regarding the requested extension of time, and Plaintiff does not oppose the requested extension. A proposed order is attached.

Dated: November 23, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: <u>/s/ *Malcolm McDermond*</u>
MALCOLM MCDERMOND
N.Y. Bar # 5780861
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-1709
Malcolm.McDermond@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>Plaintiff,<br><br>v.<br><br>ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS, et al.,<br><br>Defendants. | Civil Action No. 26-3219 (TNM) |

**[PROPOSED] ORDER**

Upon consideration of the Unopposed Motion for an Extension of Time to Respond to the Complaint, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that the Defendants shall file a response to Plaintiff's Complaint, ECF No 1, on or before December 30, 2026.

**SO ORDERED**, this ___ day of _____________, 2026.

______________________________
TREVOR N. MCFADDEN
United States District Judge